LACKAWANNA STEEL CONSTRUCTION CORPORATION, Appellant, *v.* P. J. GREENOUGH ENGINEERING COMPANY, INC., et al., Respondents.

(Argued January 22, 1935; decided February 26, 1935.)

*Ray M. Stanley* for appellant.

*John F. Nash* for General Crushed Stone Company, respondent.

*Leland B. Bryan* for William Anderson et al., respondents.

*Joseph Day Lee* and *Bernard D. Broeker* for Kalman Steel Corporation, respondent.

*Charles S. Desmond* for Arthur P. Coppinger, respondent.

Judgment affirmed, with one bill of costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.